UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO JEFFREY WILLIAMS AND BRUCE WATROUS JR. | Case No.23-mc-80181-VKD<br><br>**ORDER SETTING HEARING AND REQUESTING RESPONSE** |

Apple Inc., Jeffrey Williams, and Bruce Watrous, Jr. move to quash subpoenas for the depositions of Mr. Williams and Mr. Watrous served by lead plaintiffs in the matter *In Re Qualcomm Inc. Securities Litigation*, 3:17-cv-00121-JO-MSB (S.D. Cal.). *See* Dkt. No 1-1, Ex. B.  The Court will hear oral argument on the motion on **August 15, 2023 at 10:00 a.m**.

As the subpoena was issued from the United States District Court for the Southern District of California, where the underlying litigation has been pending for several years, the Court requests that the moving and responding parties consider whether the motion to quash should be transferred to the Southern District of California, pursuant Rule 45(f). *See* Fed. R. Civ. P. 45(f) (subpoena-related motion may be transferred to the issuing court "if the person subject to the subpoena consents or if the court finds exceptional circumstances"); *Moon Mountain Farms, LLC v. Rural Community Insurance Company*, 301 F.R.D. 426, 429 (N.D. Cal., 2014) (cleaned up) (exceptional circumstances may include avoiding duplicative review, avoiding disrupting the issuing court's management of the underlying litigation, and the issuing court's greater familiarity with the issues involved).  Lead plaintiffs shall advise the Court of their position on transfer of the motion no later than the date their opposition to the motion to quash is due to be filed.  Movants

1  shall advise the Court of their position on transfer of the motion no later than the date their reply
2  brief is due to be filed.
3  **IT IS SO ORDERED**.
4  Dated: July 11, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

2